UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61772-Civ-SCOLA/SNOW

GEOFFREY EDELSTEN,

    Plaintiff,
vs.

RAFAEL MAWARDI, *et al.*,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CASE has been dismissed without prejudice by the Plaintiff pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Notice of Dismissal, ECF No. 40). Having been dismissed by the Plaintiff, the amended Temporary Restraining Order is dissolved and without further force or effect. The Plaintiff requests that the Court refund the bond that was posted following the entry of a temporary restraining order. The Plaintiff's bond was posted "to pay the costs and damages sustained by any party found to have been wrongfully enjoined or restrained" as a result of the Temporary Restraining Order and Amended Temporary Restraining Order. (Am. Temporary Restraining Order, ECF No. 33.) Currently pending before this Court are the Defendants' Motions for Sanctions relating to the Plaintiff's Motion for Preliminary Injunction. (Mots. Sanctions, ECF Nos. 38 & 39.)

Having considered the motion, the record, and the relevant legal authorities, it is **ORDERED** that the Plaintiff's Motion for Disbursement of Funds (ECF No. 41) is **DENIED** without prejudice. The funds shall remain in the Court's depository until further ordered. The Motion to Dissolve the Temporary Restraining Order (ECF No. 26) is **DENIED as moot**. The Clerk is directed to **CLOSE** this matter. The Court reserves jurisdiction to rule upon the Motions for Sanctions (ECF Nos. 38 & 39), and to grant relief as may be warranted. The parties

should brief the Motions for Sanctions in accordance with the normal briefing schedule set forth in Local Rule 7.1.

      **DONE and ORDERED** in chambers, at Miami, Florida on October 3, 2012.

                                                  **ROBERT N. SCOLA, JR.**
                                                  **UNITED STATES DISTRICT JUDGE**

*Copies to:*
Counsel of record